**Gary RILEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41438.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Joel R. Elmer, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).

**David ACOSTA, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41310.**

Missouri Court of Appeals,
Western District.

Aug. 15, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Jim Lynn, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Debra M. Miles, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J. and
MANFORD and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 24.035 motion.

Affirmed.   Rule 84.16(b).